**Opinion issued June 20, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-13-00316-CV**

———————————

**IN RE NICOLE MAXIM, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

On April 13, 2013, the relator filed a petition for writ of mandamus, challenging the trial court's order granting leave for the grandparents of her child to intervene in her divorce proceedings.[*] We **deny** the petition for writ of mandamus.

---

[*] The underlying case is *In the Matter of the Marriage of Nicole Maxim and Victor Maxim and In the Interest of J.M., A Child*, No. 2012-04106, in the

**PER CURIAM**

Panel consists of Chief Justice Radack, and Justices Sharp and Massengale.

310th District Court of Harris County, Texas, the Honorable Lisa Millard presiding.

2